No. 105. PALMER ET AL. *v.* CONNECTICUT RAILWAY & LIGHTING Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application. *Messrs. Hermon J. Wells* and *James Garfield* for petitioners. *Mr. George W. Martin* for respondent.

No. 76. MAYTAG COMPANY *v.* HURLEY MACHINE Co. ET AL.; and

No. 77. SAME *v.* EASY WASHING MACHINE CORP. On petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit; and

No. 352. SAME *v.* GENERAL ELECTRIC SUPPLY CORP. On petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. October 10, 1938. Motion to defer consideration of the applications for writs of certiorari in these cases, and petitions for writs of certiorari, denied. *Messrs. Thomas G. Haight, Wallace R. Lane, Benton Baker, Oscar W. Jeffery,* and *Nelson E. Johnson* for petitioner. *Messrs. William H. Davis* and *Dean S. Edmonds* for respondents. Reported below: Nos. 76 and 77, 96 F. 2d 87.

No. 143. HOWTH *v.* FARRAR ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. Andress, Jr.* for petitioner. *Mr. William E. Allen* for respondents.

No. 162. MOSHER *v.* CONWAY. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Arizona denied for the reason that application therefor